**THE HONORABLE MARSHA J. PECHMAN**

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| CATHERINE BRAKKE,<br><br>          Plaintiff,<br><br>          vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer,<br><br>          Defendant. | NO. 2:20-CV-01865-MJP<br><br>ORDER FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)<br><br>**NOTED FOR CONSIDERATION:**<br>**March 4, 2021 (Same day motion)**<br><br>**Without oral argument** |

**ORDER OF DISMISSAL**

Based on the Stipulated Motion for Dimissal in this matter, IT IS HEREBY ORDERED that all claims in this action shall be dismissed with prejudice and without costs to any party pursuant to FRCP 41(a)(1)(A).

//

//

//

ORDER FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)- 1
(Case No.2:20-CV-01865-MJP)

1070.173/C20-1865 Brakke v. SFMAIC Order Granting Stipulated Motion for Dismissal.docx

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

DATED this 4th day of March, 2021.

*[signature]*
Marsha J. Pechman
United States District Judge

Presented by:

WAKEFIELD & KIRKPATRICK, PLLC

By *[signature]*
Scott C. Wakefield           WSBA #11222
Attorneys for Defendant State Farm Mutual Automobile Insurance Company

Copy Received, Approved as to Form;
Notice of Presentation Waived:

By: _s/ Russell Aoki    s/ Isham Reavis_
Russell M. Aoki              WSBA #15717
Isham M. Reavis              WSBA#45281
Attorneys for Plaintiff Catherine Brakke

ORDER FOR DISMISSAL PURSUANT
TO FRCP 41(a)(1)(A)- 2
(Case No.2:20-CV-01865-MJP)

1070.173/C20-1865 Brakke v. SFMAIC Order Granting Stipulated Motion for Dismissal.docx

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

# CERTIFICATE OF SERVICE

I hereby certify that on March 4th, 2021, I electronically filed the following document(s):

1. [PROPOSED] ORDER FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff:**

Russell M. Aoki, Esq.
Isham M. Reavis, Esq.
AOKI LAW, PLLC
1200 5th Avenue, Suite 750
Seattle, WA 98101
russ@aokilaw.com
isham@aokilaw.com

        *s/ Erica Solbrig*
Erica Solbrig
WAKEFIELD & KIRKPATRICK, PLLC
17544 Midvale Ave. N., Suite 307
Shoreline, WA 98133
Tel: 206-629-5489
Fax: 206-629-2120
esolbrig@wakefieldkirkpatrick.com

ORDER FOR DISMISSAL PURSUANT
TO FRCP 41(a)(1)(A)- 3
(Case No.2:20-CV-01865-MJP)

1070.173/C20-1865 Brakke v. SFMAIC Order Granting Stipulated Motion for Dismissal.docx

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120